# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

MICHAEL MACK (#350737)

VERSUS

JAMES LeBLANC, ET AL.

CIVIL ACTION

NO. 20-444-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 15, 2021 (Doc. 5), to which no objection was filed;

**IT IS ORDERED** that this Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims, that all Plaintiff's claims against James LeBlanc, Darrel Vannoy, Brent Thompson, Major Holden, and "John Does," as well as Plaintiff's claims arising from an alleged conspiracy against all Defendants, Plaintiff's claims of deliberate indifference, and claims for monetary damages against Blake Juneau in his official capacity are DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A and that this matter is referred to Magistrate Judge Erin Wilder-Doomes for further proceedings on Plaintiff's remaining claims, i.e., Plaintiff's claims against Blake Juneau in his official and individual capacities for declaratory relief and for monetary relief in Juneau's individual capacity for the act of excessive force allegedly occurring on May 28, 2019.

Signed in Baton Rouge, Louisiana, on <u>December 31, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**